*OLF3 (Official Local Form 3)*
*Effective December 1, 2017*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re  Tiffini L. Isom

Case No.  19-14352

Chapter 13

Debtor(s)

## CHAPTER 13 PLAN

*Check one.* This Plan is:

☑ Original

☐        Amended *(Identify First, Second, Third, etc.)*

☐ Postconfirmation *(Date Order Confirming Plan Was Entered:              )*

Date this Plan was filed: January ___8___, 2020

# PART 1:                    NOTICES

**TO ALL INTERESTED PARTIES:**

You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**

Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**

You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

**FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3). | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## PART 2:                                   PLAN LENGTH AND PAYMENTS

**A.     LENGTH OF PLAN:**

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i)

☑ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii)

☐        Months pursuant to 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause:

|  |
|  |

**B.     PROPOSED MONTHLY PAYMENTS:**

|  | Monthly Payment Amount | Number of Months |
|---|---|---|
| + - | $600.00 | 60 |

**C.     ADDITIONAL PAYMENTS:**

*Check one.*

☑ None. *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

☐ **The Debtor(s) will make additional payment(s) to the Trustee, as specified below.** *Set forth the amount, source (e.g., lump sums from sales/refinances, tax refunds), and date of each payment.*

|  | Additional Payment Amount | Source | Date of Payment |
|---|---|---|---|
| + - |  |  |  |

**Total amount of Payments to the Trustee [B+C]:**                          $ 36,000.00

*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

## PART 3:                                   SECURED CLAIMS

☐ **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.     CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*

☑ **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in 1 and/or 2 below.**

*Complete 1 and/or 2.*

### (1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in

this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

(a)    Secured Claim(s) (Principal Residence)

Address of the Principal Residence: | 263 Cole Street, Seekonk, MA 02771

The Debtor(s) estimates that the fair market value of the Principal Residence is:  $  375,000.00

| | Name of Creditor | Type of Claim (e.g., mortgage, lien) | Amount of Arrears |
|---|---|---|---|
| + - | Home Point Financial | mortgage | $24,000.00 |

Total of prepetition arrears on Secured Claim(s) (Principal Residence):  $  24,000.00

(b)    Secured Claim(s) (Other)

| | Name of Creditor | Type of Claim | Description of Collateral (or address of real property) | Amount of Arrears |
|---|---|---|---|---|
| + - | Citizens Bank | auto loan | 2016 Honda Accord | |

Total prepetition arrears on Secured Claim(s) (Other): $

**Total prepetition arrears to be paid through this Plan [(a) + (b)]:  $  24,000.00**

**(2)  MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid _directly_ by the Debtor(s) to the creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| | Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|---|
| + - | Citizens Bank | auto loan | 2016 Honda Accord |
| + - | Home Point Financial | mortgage | 263 Cole Street, Seekonk, MA 02771 |

**B.    MODIFICATION OF SECURED CLAIMS:**

_Check one._

☐ **None**.  _If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan._

☑ **Secured Claim(s) are modified as set forth in 1, 2, and/or 3 below.**  _Complete 1, 2, and/or 3 below._

**(1) REQUEST FOR VALUATION OF SECURITY, PAYMENT OF FULLY SECURED CLAIMS, AND MODIFICATION OF UNDERSECURED CLAIMS UNDER 11 U.S.C. § 506:**

☑ **None.** *If "None" is checked, the rest of Part 3.B.1 need not be completed and may be deleted from this Plan.*

*The following Plan provisions of Part 3.B.1 are effective only if the box "Included" in Part 1, Line 1.1 is checked.*

The Debtor(s) requests that the Court determine the value of the lien of the following secured claim(s). For each secured claim listed below, the Debtor(s) states that the amount of the secured claim is as set out in the column headed "Secured Claim Amount." For each listed claim, the allowed amount of the secured claim will be paid in full with interest at the rate stated below, and the creditor will retain its lien to the extent of the value of the lien securing the creditor's allowed secured claim.

Unless the Court orders otherwise, the amount of a modified secured claim held by a nongovernmental creditor, as described in this Plan and treated below, is binding on the creditor and the Debtor(s) upon confirmation of this Plan, even if the creditor has filed a Proof of Claim setting forth a different amount.

Unless the Court orders otherwise, the amount of a secured claim of a governmental unit listed in an allowed Proof of Claim controls over any contrary amount listed below. The amount of a secured claim of a governmental unit may NOT be determined through this Plan.

An allowed claim of a creditor whose claim is secured by a lien on property in which the estate has an interest is a secured claim to the extent of the value of the creditor's interest, and is an unsecured claim to the extent that the value of such creditor's interest is less than the amount of the allowed claim. The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim in Part 5 of this Plan. If the secured claim amount is listed below as having NO value, the creditor's allowed claim will be treated in its entirety as an unsecured claim in Part 5 of this Plan.

*In the description of collateral, include the registry of deeds/land court recording information for any real property for which you are modifying a secured claim.*

| | Name of Creditor | Description and Value of Collateral | Secured Claim Amount | Amount of Senior Liens | Interest Rate | Total Claim |
|---|---|---|---|---|---|---|
| + - | | | | | | |

**Total Claim(s) under Part 3.B.1 to be paid through this Plan:  $ 0.00**

**(2) SECURED CLAIMS EXCLUDED FROM 11 U.S.C. § 506:**

☑ **None.** *If "None" is checked, the rest of Part 3.B.2 need not be completed and may be deleted from this Plan.*

This section includes any claim(s) that was either (i) incurred within 910 days before the petition date and secured by a purchase-money security interest in a motor vehicle acquired for the personal use of the Debtor(s) or (ii) incurred within one year of the petition date and secured by a purchase-money security interest in any other thing of value. Such claim(s) will be paid in full through this Plan with interest at the rate stated below. Unless the Court orders otherwise, the claim amount stated on an allowed Proof of Claim controls over any contrary amount listed below.

*If you are treating the claim in Part 3.B.1 or 3.B.3, you should not include the claim in this section.*

| | Name of Creditor | Description of Collateral | Secured Claim Amount | Interest Rate | Total Claim |
|---|---|---|---|---|---|
| + - | | | | | |

Total Claim(s) under Part 3.B.2 to be paid through this Plan: $

### (3) LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f):

☐ **None.** *If "None" is checked, the rest of Part 3.B.3 and Exhibits 3 and 4 need not be completed and may be deleted from this Plan.*

### *The following Plan provisions of Part 3.B.3 are effective only if the box "Included" in Part 1, Line 1.2 is checked.*

The judicial lien(s) and/or nonpossessory, nonpurchase-money security interest(s) securing the claim(s) listed below impairs exemptions to which the Debtor(s) would have been entitled under 11 U.S.C. § 522(b).

Subject to 11 U.S.C. § 349(b), a judicial lien or nonpossessory, nonpurchase-money security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the Order confirming this Plan. The amount of the judicial lien or nonpossessory, nonpurchase-money security interest that is avoided will be treated as a nonpriority unsecured claim in Part 5 if a Proof of Claim has been filed and allowed. The amount, if any, of the judicial lien or nonpossessory, nonpurchase-money security interest that is not avoided will be paid in full as a secured claim under this Plan provided a Proof of Claim is filed and allowed.

*For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall include the information below. The Debtor(s) also shall complete the chart set forth in Exhibit 3 to this Plan and shall attach to Exhibit 3 a true and accurate copy of the document evidencing such judicial lien as filed or recorded with filing or recording information included. The Debtor(s) shall include the evidentiary basis for the valuation asserted. For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall provide a proposed form(s) of order as Exhibit 4 conforming to Official Local Form 21A. If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table in Exhibit 3 for each lien, and identify the tables as Exhibit 3.1, 3.2, etc.*

*The claim(s) identified below must also be set forth in Exhibit 3.*

| | Name of Creditor | Exhibit Table (e.g., 3.1, 3.2, 3.3) |
|---|---|---|
| + - | Bristol County Savings Bank | 3.1 |

Total Claim(s) under Part 3.B.3 to be paid through this Plan: $

### C.    SURRENDER OF COLLATERAL:

*Check one.*

☑ **None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

☐ **The Debtor(s) elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) requests that, upon confirmation of this Plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed unsecured claim(s) resulting from the disposition of the collateral will be treated in Part 5 of this Plan.**

| | Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|---|
| + - | | | |

## PART 4:                    PRIORITY CLAIMS

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

☑ **The following priority claim(s) will be paid in full without postpetition interest. Unless the Court orders otherwise,
the amount of the priority portion of a filed and allowed Proof of Claim controls over any contrary amount listed below.**

### A.    DOMESTIC SUPPORT OBLIGATIONS:

| | Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|---|
| + − | | | |

### B.    OTHER PRIORITY CLAIMS (Except Administrative Expenses):

| | Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|---|
| + − | Internal Revenue Service | federal income taxes | $1,300.00 |
| + − | Mass. Dept. of Revenue | state income taxes | $2,800.00 |

**Total Priority Claim(s) (except Administrative Expenses) to be paid through this Plan [A + B]:     $ 4,100.00**

### C.    ADMINISTRATIVE EXPENSES:

#### (1)    ATTORNEY'S FEES:

| | Name of Attorney | Attorney's Fees |
|---|---|---|
| + − | John S. Simonian | $3,500.00 |

If the attorney's fees exceed the amount set forth in MLBR, Appendix 1, Rule 13-7, the Trustee may not pay any amount
exceeding that sum until such time as the Court approves a fee application. If no fee application is approved, any plan payments
allocated to attorney's fees in excess of MLBR Appendix 1, Rule 13-7 will be disbursed to other creditors up to a 100% dividend.

#### (2)    OTHER (*Describe*):

| |
|---|
| |

**Total Administrative Expenses (excluding the Trustee's Commission) to be paid through this Plan [(1 ) + (2)]: $ 3,500.00**

#### (3)    TRUSTEE'S COMMISSION:

The Debtor shall pay the Trustee's commission as calculated in Exhibit 1.

The Chapter 13 Trustee's fee is determined by the United States Attorney General. The calculation of the Plan payment set forth in Exhibit 1, Line (h) utilizes a 10% Trustee's commission. In the event the Trustee's commission is less than 10%, the additional funds collected by the Trustee, after payment of any allowed secured and priority claim(s), and administrative expense(s) as provided for in this Plan, shall be disbursed to nonpriority unsecured creditors up to 100% of the allowed claims.

## PART 5:       NONPRIORITY UNSECURED CLAIMS

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*

☑ **Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

   ☑ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $ 800.00 which the Debtor(s) estimates will provide a dividend of 2.69 %.

   ☐ Fixed Percentage: each creditor with an allowed claim shall receive no less than      % of its allowed claim.

### A.    GENERAL UNSECURED CLAIMS:        $ 22,601.00

### B.    UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:

| | Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|---|
| + − | Bristol County Savings Bank | judicial lien levied on real estate | $7,112.45 |

### C.    NONDISCHARGEABLE UNSECURED CLAIMS (*e.g., student loans*):

| | Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|---|
| + − | | | |

### D.    CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:

| | Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|---|
| + − | | | |

### E.    TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:

**The amount paid to any nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.**

**Total Nonpriority Unsecured Claims [A + B + C + D]: $** 29,713.45

*Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed*
*Percentage and enter that amount:* **$** 800.00

F.    SEPARATELY CLASSIFIED UNSECURED CLAIMS (*e.g., co-borrower*):

| | Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basics of Separate Classification |
|---|---|---|---|---|---|
| + - | | | | | |

**Total of separately classified unsecured claim(s) to be paid through this Plan: $**

## PART 6:                    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Check one.*

☑ **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

☐ **The executory contract(s) and unexpired leases listed are assumed and will be treated as specified below.**
**Any other executory contract(s) and/or unexpired lease(s) is rejected. Postpetition contractual payments will be made**
**directly by the Debtor(s). Arrearage payments will be disbursed by the Trustee.**

A.    REAL PROPERTY LEASES:

| | Name of Creditor | Lease Description | Arrears |
|---|---|---|---|
| + - | | | |

B.    MOTOR VEHICLE LEASES:

| | Name of Creditor | Lease Description | Arrears |
|---|---|---|---|
| + - | | | |

C.    OTHER CONTRACTS OR LEASES:

| | Name of Creditor | Lease Description | Arrears |
|---|---|---|---|
| + - | | | |

**Total amount of arrears to be paid through this Plan: $**

## PART 7:          POSTCONFIRMATION VESTING OF PROPERTY OF THE ESTATE

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

## PART 8:                    NONSTANDARD PLAN PROVISIONS

*Check one.*

☑ **None.**  *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*

☐ **This Plan includes the following nonstandard provisions.**  *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

*The following Plan provisions are effective only if the box "Included" in Part 1, Line 1.3 is checked.*

## PART 9:                              SIGNATURES

By signing this document, the Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

/s/ Tiffini L. Isom                                    Jan 7, 2020
_____                        _____
Debtor                                                 Date


_____                        _____
Joint Debtor                                           Date

/s/ John S. Simonian                                   Jan 7, 2020
_____                        _____
Signature of attorney for Debtor(s)                    Date

Print name:  JOHN S. SIMONIAN
BBO Number (if applicable):  668316
Firm Name (if applicable):
Address:  PO BOX 2
Address (line 2):     PAWTUCKET RI 02862
Telephone:  (401) 941-4800
E-mail Address: john@law-ri.com

The following Exhibits are filed with this Plan:

- ☑ **Exhibit 1: Calculation of Plan Payment\***
- ☑ **Exhibit 2: Liquidation Analysis\***
- ☑ **Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)\*\***
- ☑ **Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption\*\***

| | |
|---|---|
| | *List additional exhibits if applicable.* |
| + - | |

*\*Denotes a required Exhibit in every plan*
*\*\*Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.*

**Total number of Plan pages, including Exhibits:**  15

## EXHIBIT 1
## CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | $ 24,000.00 |
| b) | Priority claims (Part 4.A and Part 4.B Total): | $ 4,100.00 |
| c) | Administrative expenses (Part 4.C.1 and Part 4.C.2 Total): | $ 3,500.00 |
| d) | Nonpriority unsecured claims (Part 5.E Total): | $ 800.00 |
| e) | Separately classified unsecured claims (Part 5.F Total): | $ 0.00 |
| f) | Executory contract/lease arrears claims (Part 6 Total): | $ 0.00 |
| g) | Total of (a) +(b) + (c) + (d) + (e) + (f): | $ 32,400.00 |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | $ 36,000.00 |
| i) | Divide (h), Cost of Plan, by term of Plan,    60    months: | $ 600.00 |
| j) | Round **up** to the nearest dollar amount for Plan payment: | $ 600.00 |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete (a) through (h) only and the following:*

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | $ |

| | | |
|---|---|---|
| l) | Subtract line (k) from line (h) and enter amount here: | $ |
| m) | Divide line (l) by the number of months remaining (          months): | $ |
| n) | Round **up** to the nearest dollar amount for amended Plan payment: | $ |

Date the amended Plan payment shall begin:

# EXHIBIT 2
# LIQUIDATION ANALYSIS

## A. REAL PROPERTY

| | Address<br>(Sch. A/B, Part 1) | Value<br>(Sch. A/B, Part1) | Lien<br>(Sch. D, Part 1) | Exemption<br>(Sch. C) |
|---|---|---|---|---|
| + - | 263 Cole Street, Seekonk, MA 02771<br>Bristol County | 385,800.00 | 318,930.45 | 500,000.00 |

| | |
|---|---|
| **Total Value of Real Property** (Sch. A/B, line 55): | $ 385,800.00 |
| **Total Net Equity for Real Property** (Value Less Liens): | $ 66,869.55 |
| **Less Total Exemptions for Real Property** (Sch. C): | $ 66,869.55 |
| **Amount Real Property Available in Chapter 7:** | $ 0.00 |

## B. MOTOR VEHICLES

| | Make, Model and Year<br>(Sch. A/B, Part 2) | Value<br>(Sch. A/B, Part 2) | Lien<br>(Sch. D, Part 1) | Exemption<br>(Sch. C) |
|---|---|---|---|---|
| + - | 2016 Honda Accord 55,000 miles | 20,000.00 | 16,877.00 | 7,500.00 |

| | |
|---|---|
| **Total Value of Motor Vehicles** (Sch. A/B, line 55): | $ 20,000.00 |
| **Total Net Equity for Motor Vehicles** (Value Less Liens): | $ 3,123.00 |
| **Less Total Exemptions for Motor Vehicles** (Sch. C): | $ 3,123.00 |
| **Amount Motor Vehicle Available in Chapter 7:** | $ 0.00 |

C.  **ALL OTHER ASSETS** *(Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.)*

| | Asset | Value | Lien (Sch. D, Part 1) | Exemption (Sch. C) |
|---|---|---|---|---|
| + − | furniture and appliances | 6,000.00 | 0.00 | 6,000.00 |
| + − | electronics | 1,500.00 | 0.00 | 1,500.00 |
| + − | 1 mink coat and 1 short tailed beaver coa | 2,000.00 | 0.00 | 2,000.00 |
| + − | watches | 1,400.00 | 0.00 | 1,400.00 |
| + − | dog | 0.00 | 0.00 | 0.00 |
| + − | checking: Bank of America | 1,000.00 | 0.00 | 1,000.00 |
| + − | Pension: State of Rhode Island | 0.00 | 0.00 | 0.00 |
| + − | health insurance sponsored by the employer homeowners insurance policy on real estate Beneficiary: N/A | 0.00 | 0.00 | 0.00 |
| + − | employer sponsored Beneficiary: daughter | 0.00 | 0.00 | 0.00 |
| + − | Colonian Beneficiary: daughter and mother | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **Total Value of All Other Assets:** | $ 11,900.00 |
| **Total Net Equity for All Other Assets** *(Value Less Liens):* | $ 11,900.00 |
| **Less Total Exemptions for All Other Assets:** | $ 11,900.00 |
| **Amount of All Other Assets Available in Chapter 7:** | $ 0.00 |

D.  **SUMMARY OF LIQUIDATION ANALYSIS**

| Amount available in Chapter 7 | Amount |
|---|---|
| A.  Amount of Real Property Available in Chapter 7 *(Exhibit 2, A)* | $ 0.00 |
| B.  Amount of Motor Vehicles Available in Chapter 7 *(Exhibit 2, B)* | $ 0.00 |
| C.  Amount of All Other Assets Available in Chapter 7 *(Exhibit 2, C)* | $ 0.00 |

**TOTAL AVAILABLE IN CHAPTER 7:  $ 0.00**

E.  **ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:**

---

**EXHIBIT 3**
**TABLE FOR LIEN AVOIDANCE UNDER**
**11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| Information Regarding Judicial Lien or Security Interest | | |
|---|---|---|
| Name of Debtor(s):* | Tiffini L. Isom | |
| Name of Creditor: | Bristol County Savings Bank | |
| Collateral:    263 Cole Street, Seekonk, Mass. 02771 | | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | Lien recorded in Book 24169, Page 180 on December 7, 2017 in the Bristol County North Registry of Deeds | |

| Calculation of Lien Avoidance | |
|---|---|
| (a)    Amount of lien: | $ 7,112.45 |
| (b)    Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | $ 311,818.00 |
| (c)    Value of claimed exemptions: | $ 500,000.00 |
| (d)    Total (a), (b), and (c): | $ 818,930.45 |
| (e)    Value of interest in property of the Debtor(s):*** | $ 375,000.00 |
| (f)    Subtract (e) from line (d): Extent of exemption impairment: *(Check applicable box below)* | $ 443,930.45 |

☑ The entire lien is avoided as (f) is equal to or greater than (a). The entire lien is avoided.). *(Do not complete the next section.)*

☐ A portion of the lien is avoided as (f) is less than (a). *(Complete the next section.)*

| Treatment of Remaining Secured Claim | |
|---|---|
| Amount of secured claim after avoidance *(subtract (f) from (a))*: | $ 0.00 |
| Interest Rate (if applicable): | N/A % |

| | |
|---|---|
| Monthly payment on secured claim | $ N/A |
| Estimated total payment on secured claim | $ N/A |

| | | |
|---|---|---|
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☑ Individual Debtor | ☐ Joint Debtors |
| | Name: Tiffini L. Isom | |

**Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included.

***Describe the evidentiary basis for the value of the interest in property of the Debtor(s):

Broker's price opinion dated December 27, 2019, by Aubin Realty, 1460 Fall River Avenue, Seekonk, Mass. 02771

OLF21A (Official Local Form 21A)

## EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:  Tiffini L. Isom

Case No.   19-14352

Chapter 13

Debtor(s)

### ORDER AVOIDING LIEN IMPAIRING EXEMPTION*

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  Bristol County Savings Bank        [name of creditor] pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C.
§ 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  Bristol County Savings Bank            [name of creditor] recorded on  Dec 7, 2017      [date] at  Bristol County North Registry of Deeds       [registry or recording authority, as applicable] at  Book 24169, Page 180      [book, page, certificate number, or filing number reference] impairs the Debtor(s)' exemption in  263 Cole Street, Seekonk, Mass.                [address of property or other description] (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____

United States Bankruptcy Judge

*This Exhibit may be modified to address each lien listed in Table

2017 00049355
Bk: 24169 Pg: 180  Page: 1 of 2
Doc: EXON  12/07/2017 01:05 P:
ATTEST: Barry J. Amaral, Register
Bristol County North Registry of Deeds

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER<br>1731SC001064 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| CASE NAME   Bristol County Savings Bank v. Tiffini L Isom | | |

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Tiffini L Isom<br>263 Cole St.<br>Seekonk, MA 02771 | Taunton District Court<br>40 Broadway Street<br>Taunton, MA 02780 |
| | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br><br>Bristol County Savings Bank |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Daniel J Vieira, Esq.<br>Vieira & DiGianfilippo Ltd.<br>480 Turnpike St<br>South Easton, MA 02375 | |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

TO THE SHERIFF OF ANY SEVERAL COUNTIES (OR HIS DEPUTIES) (SUBJECT TO THE LIMITATIONS OF
G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU,** therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law.  This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below.  It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---:|
| 1.  Judgment Total | 7,112.45 |
| 2.  Date Judgment Entered | 09/19/2017 |
| 3.  Date Execution Issued | 11/08/2017 |
| 4.  Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 50 |
| 5.  Annual Postjudgment Interest Rate | |
| 6.  Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $ |
| 7.  Postjudgment Costs *(if any)* | $ |
| 8.  Credits *(if any)* | $ |
| 9.  **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $7,112.45 |
| LEVYING OFFICER:  (a)  Add daily interest from date execution issued. | |
| (b)  Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| **WITNESS:  Hon. Kevan J Cunningham** | 11/08/2017 | x *CM OL* |

039    www.mass.gov/courts    Date/Time Printed: 11-28-2017 13:40:48



A TRUE ATTESTED COPY 



# Aubin Corp

## AUBIN REALTY

## Comparative Market Analysis

To establish market value of

## 263 Cole St.
## Seekonk, MA

**Prepared for Tiffini L Isom**
**By Diane Aubin**

# Contents of this
# Comparative Market Analysis
### Prepared for Tiffini L Isom

- Cover Page

- Subject Property Report

- Market Analysis Summary

- Side by Side Property Comparisons (3-up)

- Estimated Net Proceeds of Sale (Net Sheet)



**Aubin Corp**

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

## BROKER'S PRICE OPINION

Exterior /Curb Side [X]     Inspection Date 12/27/2019
Interior [X]
Interior Access Denied [ ]     Reason                    BPO #

| BPO Firm Name | Broker | Phone |
|---|---|---|
| Aubin Realty | Diane F. Aubin MA# 9049484 | 508-336-4000 |

### SUBJECT PROPERTY DESCRIPTION

| Property Address 263 Cole St. | | | Unit # |
|---|---|---|---|
| City Seekonk | County Bristol | State MA | Zip 02771 |

Is property currently listed for sale with a real estate firm?     Name of Listing Broker, Salesperson or Firm     Phone
[ ] Yes  [X] No

Property Type:  [ ] Townhouse  [X] SFD  [ ] 2 Fam  [ ] 3 Fam  [ ] 4 Fam  [ ] Condo  [ ]    Mfg Home     Condo Fee $
Occupant:    [X] Owner  [ ] Tenant  [ ] Vacant

### Estimate of repairs needed for subject property

| Interior: | | Exterior: | |
|---|---|---|---|
| Painting | $ _____ | Painting | $ _____ |
| Structural | $ _____ | Structural | $ _____ |
| Appliances | $ _____ | Landscaping | $ _____ |
| Utilities | $ _____ | Roof | $ _____ |
| Carpet/Floors | $ _____ | Windows | $ _____ |
| Other | $ _____ | Other | $ _____ |
| Cleaning/Trash Removal | $ _____ | Do you recommend repairs? | [ ] Yes  [X] No |
| | Repairs Total: $ | | |

Overall Property Condition:     [ ] Excellent   [X] Good   [ ] Fair   [ ] Poor
Are there any items that require IMMEDIATE attention/action?   [ ] Yes   [x] No
Title/Legal Issues?     [ ] Yes   [X] No
Do any environmental issues affect the value of the property?   [ ] Yes   [X] No
If yes to any of the above, please explain:

### NEIGHBORHOOD

Property Values:  [ ] Increasing  [X] Stable  [ ] Declining    Predominant Occupancy  [X] Owner  [ ] Tenant
Marketing Time: [X] Under 3 Mos.  [ ] 3-6 Mos.  [ ] Over 6   Vacancy Rate  [X] 0-5%  [ ] 5-10%  [ ] 10-20%  [ ] 20% +
Mos.
No. of Active Listings in Neighborhood: 6     Price Range of Active Listings in Neighborhood: $335,000.0 to $534,900.00
COMMENTS Median to Newer built homes in a strong market

### VALUE ESTIMATION

| Probable Sale Price | 90-Day Marketing Time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As Is | $376,000.00 | | |
| As Repaired | | | |

Property should be listed:   As Is: [x]   As Repaired: [ ]
Anticipated Seller-Paid Financing Costs: $ 6,000.00
COMMENTS: (Describe your marketing strategy and reasons for As Is/As Repaired recommendations)
Based on the current condition and true comparables for this property, it is in my opinion that this property has an as-is
current retail value of $375.00 on the open market assuming normal marketing time for this area.

PREPARED BY: _____          1- 3-20
                    Signature                              Date

## COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 263 Cole St., Seekonk | | | |
| Proximity to Subject | | | | |
| Current List Price | $ | $ | $ | $ |
| Current List Date | | | | |
| Original List Price | $ | $ | $ | $ |
| Original List Date | | | | |

**VALUE ADJUSTMENTS** (Use the following codes for the adjustments: S=Superior E=Equal I=Inferior U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 7<br>Bdrm 4<br>Baths 2 | Total # of Rooms<br>Bdrm<br>Baths | | Total # of Rooms<br>Bdrm<br>Baths | | Total # of Rooms<br>Bdrm<br>Baths | |
| Gross Living Area | Sq. Ft. 1974 | Sq. Ft. | Code | Sq. Ft. | Code | Sq. Ft. | Code |
| Location | | | | | | | |
| Site/Lot Size | 24,829 | | | | | | |
| Design and Appeal | average | | | | | | |
| Age (number of yrs. since house was built) | 1972 | | | | | | |
| Overall Condition | good | | | | | | |
| Garage/Carport | 1 | | | | | | |
| Porch, Patio Deck, Pool, Fence | Fence | | | | | | |
| Overall Rating/Est.$ Value of Adjustments | | | | | | | |
| Indicate Property Most Comparable to Subject (Check One) | | ☐ | | ☐ | | ☐ | |

COMMENTS: No current comparable listings on market.

---

## CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 263 Cole St., Seekonk | 105 Stratford Rd. Seekc | 91 Jean Drive, Seekonk | 37 Robin Hood Dr. |
| Proximity to Subject | | .08 Mile | 1.3 Miles | |
| Original List Price | $ | $ | $ | $ |
| List Price When Sold | $ | $375000 | $ 369,900 | $389,000 |
| Sales Price | $ | $380000 | $ 375,000 | $ 375,000 |
| Sales Date | | 11/15/19 | 06/23/19 | 12/9/19 |
| Days on Market | | 4 | 1 | 12 |

**VALUE ADJUSTMENTS** (Use the following codes for the adjustments: S=Superior E=Equal I=Inferior U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 7<br>Bdrm 4<br>Baths 2 | Total # of Rooms 8<br>Bdrm 4<br>Baths 1.1 | | Total # of Rooms 7<br>Bdrm 4<br>Baths 2 | | Total # of Rooms<br>Bdrm 4<br>Baths 1.1 | |
| Gross Living Area | Sq. Ft. 1974 | Sq. Ft. 1934 | Code | Sq. Ft. 1635 | Code | Sq. Ft. 1792 | Code |
| Sales or Financing Concessions | | none | | none | | none | |
| Location | | | | | | | |
| Site/Lot Size | 24,829 | 16,117 | | 22,651 | | 15,682 | |
| Landscaping | average | average | E | average | E | average | E |
| Design and Appeal | average | average | E | average | E | average | E |
| Age (number of yrs. since house was built) | 1972 | 1972 | E | 1968 | E | 1961 | E |
| Overall Condition | good | good | E | good | E | good | E |
| Garage/Carport | 1 | 1 | E | 1 | E | 1 | E |
| Porch, Patio Deck, Pool, Fence | Fence | -0- | | Deck | | -0- | |
| Overall Rating/Est.$ Value of Adjustments | | | | | | | |
| Indicate Property Most Comparable to Subject (Check One) | | ☒ | | ☐ | | ☐ | |

COMMENTS:

## Subject Property
Prepared for Tiffini L Isom

## 263 Cole St.
## Seekonk, MA 02771

Bedrooms :
4

Bathrooms :
1.1

Living Area (Square Feet) :
1974

Lot Size (Square Feet) :
24829

Year Built :
1972

Property Features :



**Aubin Corp**

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

## Market Analysis Summary
### Prepared for Tiffini L Isom

## Properties Recently Sold

Number of Properties: 6
Price Range: $350,000 to $405,000
Average Price: $375,000
Median Price: $375,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---------|------|------|------|------|------|------|------|------|------|
| 69 Tanager Rd | Seekonk, MA : North Seekonk | 4 | 2 | 1 | 1848 | 9 | $369,000 | $350,000 | 95% |
| 226 Pleasant St | Seekonk, MA | 4 | 1 | 1 | 1650 | 59 | $375,000 | $365,000 | 97% |
| 91 Jean Dr | Seekonk, MA | 4 | 2 | 0 | 1835 | 1 | $369,900 | $375,000 | 101% |
| 37 Robin Hood Dr | Seekonk, MA : North Seekonk | 4 | 1 | 1 | 1792 | 12 | $389,000 | $375,000 | 96% |
| 105 Stratford Rd | Seekonk, MA : South Seekonk | 4 | 1 | 1 | 1834 | 4 | $375,000 | $380,000 | 101% |
| 96 Hope St | Seekonk, MA | 4 | 1 | 1 | 1640 | 22 | $419,000 | $405,000 | 97% |



Aubin Corp

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

# Property Comparisons
## Prepared for Tiffini L Isom

  

| | 69 Tanager Rd<br>Seekonk, MA 02771 | 91 Jean Dr<br>Seekonk, MA 02771 | 105 Stratford Rd<br>Seekonk, MA 02771 |
|---|---|---|---|
| MLS # | 72457147 | 72536707 | 72574244 |
| Status | Sold | Sold | Sold |
| List Price | $369,000 | $369,900 | $375,000 |
| Sale Price | $350,000 | $375,000 | $380,000 |
| List Date | 2/26/2019 | 7/24/2019 | 10/2/2019 |
| Off Market Date | 3/5/2019 | 7/25/2019 | 10/6/2019 |
| Sale Date | 3/28/2019 | 8/23/2019 | 11/15/2019 |
| Days on Market | 9 | 1 | 4 |
| Style | Colonial | Cape | Cape |
| Bedrooms | 4 | 4 | 4 |
| Full Baths | 2 | 2 | 1 |
| Half Baths | 1 | 0 | 1 |
| Total Rooms | 8 | 7 | 8 |
| Square Feet | 1848 | 1835 | 1834 |
| Acres | 0.53 | 0.52 | 0.37 |
| Lot Size (sq.ft.) | 23087 | 22651 | 16117 |
| Year Built | 1978 | 1968 | 1972 |
| Fireplaces | 1 | 2 | 1 |
| Garage Spaces | 2 | 1 | 1 |
| Garage Desc | Attached, Garage Door Opener, ... | Attached | Attached |
| Basement Desc | Full, Bulkhead, Concrete Floor | Full | Full, Interior Access, Bulkhea... |
| Int. Features | | | Cable Available, Internet Avai... |
| Ext. Features | Porch, Deck - Wood | Deck - Wood, Storage Shed, Pro... | Patio, Gutters, Storage Shed, ... |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $323,100 | $314,800 | $289,300 |
| Taxes | $4,313 | $4,111 | $3,778 |
| Tax Year | 2018 | 2019 | 2019 |



Aubin Corp

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

# Property Comparisons
## Prepared for Tiffini L Isom

  

| | 226 Pleasant St Seekonk, MA 02771 | 37 Robin Hood Dr Seekonk, MA 02771 | 96 Hope St Seekonk, MA 02771 |
|---|---|---|---|
| MLS # | 72525133 | 72576628 | 72531993 |
| Status | Sold | Sold | Sold |
| List Price | $375,000 | $389,000 | $419,000 |
| Sale Price | $365,000 | $375,000 | $405,000 |
| List Date | 6/25/2019 | 10/9/2019 | 7/10/2019 |
| Off Market Date | 7/29/2019 | 10/21/2019 | 7/31/2019 |
| Sale Date | 7/31/2019 | 12/9/2019 | 8/19/2019 |
| Days on Market | 59 | 12 | 22 |
| Style | Cape | Colonial, Gambrel /Dutch | Bungalow |
| Bedrooms | 4 | 4 | 4 |
| Full Baths | 1 | 1 | 1 |
| Half Baths | 1 | 1 | 1 |
| Total Rooms | 6 | 7 | 8 |
| Square Feet | 1650 | 1792 | 1640 |
| Acres | 0.61 | 0.36 | 1.08 |
| Lot Size (sq.ft.) | 26572 | 15682 | 47045 |
| Year Built | 1950 | 1961 | 1930 |
| Fireplaces | 0 | 1 | 1 |
| Garage Spaces | 1 | 1 | 2 |
| Garage Desc | Attached | Under | Detached |
| Basement Desc | Full | Full | Full, Interior Access |
| Int. Features | | Cable Available, Whole House Fan | |
| Ext. Features | Deck - Wood, Pool - Above Grou... | Patio, Gutters, Storage Shed, ... | Porch - Screened, Deck, Patio,... |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $238,500 | $289,000 | $313,700 |
| Taxes | $3,184 | $3,774 | $4,132 |
| Tax Year | 2018 | 2019 | 2019 |



**Aubin Corp**

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

## Net Proceeds of Sale
### Prepared for Tiffini L Isom

Seller's Name: Tiffini Isom

Property Address: 263 Cole St., Seekonk, MA

| | PRICE RANGE | |
| --- | --- | --- |
| | LOW | HIGH |
| Sale Price | **$365,625** | **$384,375** |
| Loan Amount/Debt Owed on Property | $0 | $0 |
| Net Equity In Property (Sales Price - Loan Amount) | **$365,625** | **$384,375** |
| Estimated Selling/Closing Costs | | |
| Brokerage Fee | $18,281 | $19,219 |
| Title V Certification | 350 | 350 |
| Smoke Detector Inspection | 50 | 50 |
| Attorney Fees | 1,000 | 1,000 |
| Misc.(Mortgage payoff, courier, etc.) | 100 | 100 |
| Tax Stamps | 1,667 | 1,753 |
| Approximate Total Costs | **$21,448** | **$22,472** |
| Estimate of Seller's Proceeds | **$344,177** | **$361,903** |


Aubin Corp

1460 Fall River Ave., Suite 11, Seekonk, MA 02771
508-336-4000 Facsimile 508-336-3241

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:  Tiffini L. Isom
      Debtor

Case No.:  19-14352
Chapter 13

## AFFIDAVIT OF SERVICE OF CHAPTER 13 PLAN

    I, John S. Simonian, certify that service of a copy of this Plan was made on the creditors and in the manner set forth in the attached list on January 8, 2020.

    If service was made by personal service, by residence service, or pursuant to sate law, I further certify that I am, and was at all times during the service of a copy of this Plan, not less than 18 years of age and not a party to the mater concerning which service was made.

    I declare that the foregoing is true and correct under penalty of perjury.

Dated: January 8, 2020

/s/John S. Simonian
John S. Simonian
BBO#668316
PO Box 2
Pawtucket, RI 02862
P: 401-941-4800
Fax: 401-785-8313
john@law-ri.com

Bristol County Savings Bank

Attn: Patrick Murray, CEO
35 Broadway
Taunton, MA 02760

Certified Mail: 7018 1830 0001 3384 9918

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:  Tiffini L. Isom
       Debtor

Case No.:  19-14352
Chapter 13

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I served a copy of this plan to parties on the attached list.

/s/John S. Simonian
John S. Simonian BBO#668316
474 Broadway
PO Box 2
Pawtucket, RI 02862
P: 401-941-4800
Fax: 401-785-8313
john@law-ri.com

Label Matrix for local noticing
0101-1
Case 19-14352
District of Massachusetts
Boston
Wed Jan  8 09:48:07 EST 2020

Atlantic Collection Agency
194 Boston Post Road
East Lyme, CT 06333-1613

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

Bristol County Savings Bank
35 Broadway
Taunton, MA 02780-3242

Capital One Bank
POB 30281
Salt Lake City, UT 84130-0281

Cavalry Portfolio Services
500 Summit Lake Drive  Ste 400
Valhalla, NY 10595-2322

Cavalry Portfolio Services, LLC AAO Cavalry
500 Summit Lake Drive Suite 400
Valhalla, NY 10595-2321

Citizens Bank
Attention Collections
1 Citizens Drive
Riverside, RI 02915-3035

Comcast
PO Box 196
Newark, NJ 07101-0196

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank Victoria Secret
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Capital Bank
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

Daniel J Vieira
Attorney and Counselor at Law
480 Turnpike St
South Easton, MA 02375-1774

Diana E Pearson
Attorney and Counselor at Law
1050 Main St   No 2
East Greenwich, RI 02818-3162

Diana E Pearson
Attorney and Counselor at Law
PO Box 178
East Greenwich, RI 02818-0178

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Home Point Financial
Attn Correspondence Dept
11511 Luna Rd Ste 200
Farmers Branch, TX 75234-6451

Internal Revenue Service
Centralized Insolvency Operati
PO Box 7346
Philadelphia, PA 19101-7346

Tiffini L. Isom
263 Cole Street
Seekonk, MA 02771-5722

Kohls
PO Box 3043
Milwaukee, WI 53201-3043

LVNV Funding
PO Box 10584
Greenville, SC 29603-0584

Macys DSNB
PO Box 8066
Mason, OH 45040-8066

Midland Fundiing LLC
PO Box 2001
Warren, MI 48090-2001

Narragansett Bay Anesthesia
Suite 325
690 Canton Street
Westwood, MA 02090-2324

Nordstrom
Correspondence
PO Box 6555
Englewood, CO 80155-6555

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Raymour and Flanagan
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

Reichert and Sons Fuel Oil
210 Old Snake Hill Rd
Chepachet, RI 02814-1783

SW Credit Systems LP
4120 International Pkwy
Ste 1100
Carrollton, TX 75007-1958

Second Round LP
PO Box 41955
Austin, TX 78704-0033

John S. Simonian
40 Montgomery St #2
Pawtucket, RI 02862-7702

State of Massachusetts
Charles Hurley Building
19 Staniford Street
Boston, MA 02114-2502


Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Target Card Services
PO Box 1581
Minneapolis, MN 55440-1581

The Home Depot
POB 6497
Sioux Falls, SD 57117-6497


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
PO Box 982234
El Paso, TX 79998

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502


End of Label Matrix
Mailable recipients     35
Bypassed recipients      0
Total                   35