**Fill in this information to identify the case:**

Debtor 1 __Tiffini L. Isom__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of __MASSACHUSETTS__

Case number __19-14352__

# Official Form 410S1
# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial

**Last 4 digits** of any number you use to identify the debtor's account: 8502

**Court claim no.** (if known): 9-1

**Date of payment change:** 6/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $2,339.98
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $760.70         New escrow payment: $816.31

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:               New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Debtor 1 <u>Tiffini L. Isom</u>
Print Name   Middle Name   Last Name

Case number *(if known)* <u>19-14352</u>

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *[signature]*   Date  5/4/2021
Signature

Print   Alexa Martini Stinson            Title   Authorized Agent for Creditor
        First Name   Middle Name   Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address   10700 Abbott's Bridge Rd, Suite 170
          Number   Street

          Duluth GA 30097
          City                          State       ZIP Code

                                                                Email   astinson@raslg.com
Contact Phone   470-321-7112

*\*\*Remediation has been completed and all credits/adjustments have been applied to account. To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1, after December 1, 2011 or Petition Date (whichever is later), HomePoint Financial Corporation has refunded or credited the Debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1.*

*This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on    May 4, 2021    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Tiffini L. Isom
263 Cole Street
Seekonk, MA 02771

*And via electronic mail to:*

John S. Simonian
40 Montgomery St #2
Pawtucket, RI 02862

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com

# homepoint

**ESCROW STATEMENT**

PO BOX 619063 • DALLAS, TX 75261-9063

FOR RETURN SERVICE ONLY PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS

TIFFINI L ISOM
263 COLE ST
SEEKONK MA 02771-5722

| | |
|---|---|
| Analysis Date: | April 27, 2021 |
| Loan Number: | |
| New Payment Effective Date: | 06/01/21 |
| For Inquiries: | 800.686.2404 |
| Property Address: | 263 COLE ST SEEKONK MA 02771 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

### Short Year Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current (from Last Analysis) | Effective 06/01/21 |
|---|---|---|
| Principal & Interest Pmt | $1,523.67 | $1,523.67 |
| Total Monthly Escrow Payment | $760.70 | $816.31 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$2,284.37** | **$2,339.98** |

| Shortage/Surplus Information | Effective 06/01/21 |
|---|---|
| Upcoming Total Annual Bills | $9,795.68 |
| Required Cushion | $1220.24 |
| Required Starting Balance | $3,141.02 |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $1,220.24. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $3,141.02 | $3,141.02 |
| JUN 2021 | $816.31 | $206.19 | FHA INSURANC | $3,751.14 | $3,751.14 |
| JUN 2021 | | $1,859.00 | PROPERTY INS | $1,892.14 | $1,892.14 |
| JUL 2021 | $816.31 | $206.19 | FHA INSURANC | $2,502.26 | $2,502.26 |
| JUL 2021 | | $1,282.02 | TAXES | $1,220.24 | $1,220.24 |
| AUG 2021 | $816.31 | $206.19 | FHA INSURANC | $1,830.36 | $1,830.36 |
| SEP 2021 | $816.31 | $206.19 | FHA INSURANC | $2,440.48 | $2,440.48 |
| OCT 2021 | $816.31 | $206.19 | FHA INSURANC | $3,050.60 | $3,050.60 |
| OCT 2021 | | $1,282.01 | TAXES | $1,768.59 | $1,768.59 |

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

TIFFINI L ISOM
263 COLE ST
SEEKONK MA 02771-5722

Property Address:
263 COLE ST
SEEKONK MA 02771

Analysis Date: April 27, 2021

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| NOV 2021 | $816.31 | $206.19 | FHA INSURANC | $2,378.71 | $2,378.71 |
| DEC 2021 | $816.31 | $206.19 | FHA INSURANC | $2,988.83 | $2,988.83 |
| JAN 2022 | $816.31 | $206.19 | FHA INSURANC | $3,598.95 | $3,598.95 |
| JAN 2022 |  | $1,449.18 | TAXES | $2,149.77 | $2,149.77 |
| FEB 2022 | $816.31 | $206.19 | FHA INSURANC | $2,759.89 | $2,759.89 |
| MAR 2022 | $816.31 | $206.19 | FHA INSURANC | $3,370.01 | $3,370.01 |
| APR 2022 | $816.31 | $206.19 | FHA INSURANC | $3,980.13 | $3,980.13 |
| APR 2022 |  | $1,449.19 | TAXES | $2,530.94 | $2,530.94 |
| MAY 2022 | $816.31 | $206.19 | FHA INSURANC | $3,141.06 | $3,141.06 |
|  | $9,795.72 | $9,795.68 |  |  |  |

## Short Year Escrow Account Disclosure Statement
## Account History

The following statement of activity in your escrow account from March 2021 through May 2021 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | $2,800.59 | ($13,666.83) |
| MAR | $837.94 | $1,525.70 * | ($206.19) |  | FHA INSURANC | $3,432.34 | ($12,141.13) |
| MAR |  |  |  | $206.19 * | FHA INSURANC | $3,432.34 | ($12,347.32) |
| APR | $837.94 | $16,589.21 * | ($206.19) |  | FHA INSURANC | $4,064.09 | $4,241.89 |
| APR |  |  | ($1,554.82) | $1,449.19 * | TAXES | $2,509.27 | $2,792.70 |
| APR |  |  |  | $206.19 * | FHA INSURANC | $2,509.27 | $2,586.51 |
| MAY | $837.94 | $760.70 * | ($206.19) | $206.19 | FHA INSURANC | $3,141.02 | $3,141.02 |
|  | $2,513.82 | $18,875.61 | -$2,173.39 | $2,067.76 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

We anticipate the total of your coming year bills to be $9,795.68. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $816.31 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $816.31 |



**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.